10374309

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED
IN CLERK'S OFFICE
2017 AUG 3 PM 1:01
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States of America
v.
EVELYN MEDINA

)
)
)
)
)
)
)

Case No. 17-mj-1097-DLC

_____
Defendant

RECEIVED
2017 AUG -1 P 3:30
U.S. MARSHALS SERVICE
BOSTON, MA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* EVELYN MEDINA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1028A - Aggravated Identity Theft

Date: 7/24/2017

_____
Issuing officer's signature

DONALD L CABELL, USMJ
Printed name and title

City and state: Boston, MA

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

WARRANT EXECUTED BY ___
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/2/2017

_____
Arresting officer's signature

_____
Printed name and title